IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| | § CASE NUMBER 4:20-CR-00038 |
| | § |
| v. | § |
| | § |
| | § |
| | § |
| LINDA DUNLAP (1) | § |

## ORDER SCHEDULING ARRAIGNMENT AND DETENTION HEARING

The arraignment and detention hearing in this case is scheduled as follows:

| Before: | |
|---|---|
| U.S. Magistrate Judge Christine Nowak<br>United States Courthouse Annex<br>200 North Travis Street<br>Mezzanine Level<br>Sherman, TX 75090 | **Courtroom Number:** A01 |
| | **Date:** Wednesday, March 18, 2020<br><br>**Time:** 10:30 a.m. |

**IT IS ORDERED**: Pending the hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: March 17, 2020

_____
CHRISTINE A. NOWAK
UNITED STATES MAGISTRATE JUDGE