| | |
|---|---|
| DATE  3/18/2020 | CASE NUMBER  4:20CR38-1 ALM/KPJ |
| LOCATION  Sherman | USA  Wes Wynne, AUSA  Assigned |
| JUDGE  Christine A. Nowak | V  Wes Wynne, AUSA  Appeared |
| DEPUTY CLERK  Keary Conrad | |
| COURT REPORTER  Digital Recording | LINDA DUNLAP |
| USPO: | Defendant |
| Interpreter:  Not Required | MICHAEL LEVINE |
| BEGIN:  10:49 a.m./ 10:57 a.m. | Attorney |

| | | |
|---|---|---|
| ✓ | ARRAIGNMENT | DETENTION HEARING |

- ✓ Arraignment held

- ✓ Dft appears with counsel

- ✓ Dft
  - ✓ sworn
  - ✓ received copy of charges     ✓ discussed charges with counsel     ☐ charges read
  - ✓ waived reading of charges

- ☐ Interpreter sworn

- ✓ Dft enters a plea of: ✓ not guilty to Count 1 of the Indictment.

- ✓ Pretrial Discovery and Inspection Order entered. Case set for final pretrial conference / jury selection and trial setting on:
  **May 1, 2020 at 10:00 A.M. before United States District Judge Amos Mazzant, Sherman**

- ☐ Government did not move for detention.
- ☐ Defendant waived detention hearing

- ☐ Detention hearing held
  Government witnesses: _____
  Defense witnesses: _____

- ☐ Court orders defendant detained pending trial

- ✓ Detention hearing rescheduled to: **3/19/2020 at 10:50 a.m. before Judge Nowak in Sherman**

- ✓ Defendant remanded to custody of USM     ☐ Defendant RELEASED on conditions of release after out-processing by USM