IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| v. | § |
| | §   Case No. 4:20CR38 ALM/KPJ |
| LINDA DUNLAP (1) | § |
| CRAIG BEASON (3) | § |

### PROTECTIVE ORDER

Having considered the Agreed Motion for Protective Order (Dkt. 22), the Court finds that discovery material in this case contains private personal identification information of several individuals and law enforcement sensitive material. As a result, the Court GRANTS the motion. Discovery material in this case will be used and disclosed subject to the following conditions:

    a.    Defense counsel shall maintain the discovery material in accordance with the terms of this protective order and shall use the discovery material solely and exclusively in connection with this case (including trial preparation, trial, and, if necessary, appeals or other related legal proceedings) and for no other purpose;

    b.    Only the following individuals may access and view the discovery material: (i) defense counsel; (ii) the defendant, for the sole purpose of assisting in the preparation of their defense and only in the presence and under the direct supervision of defense counsel; and (iii) such members of defense counsel's staff, defense expert witnesses, and consultants as are necessary for the purpose of preparing the defendant's defenses, and only

while these staff members, expert witnesses, or consultants are operating under the direct supervision and control of defense counsel;

  c. Defense counsel may print, copy, and/or duplicate the discovery material only if the printed items, copies, and/or duplicates, are kept under the same control as the original discovery material;

  d. Defense counsel will keep a copy of this protective order with the discovery material at all times; and

  e. If and when the defendant has exhausted trial and appellate rights, including any claim under 28 U.S. Code § 2255, or upon termination of defense counsel's representation of the defendant, defense counsel shall destroy the discovery material and any printed items, copies or duplication of the discovery material.

  **So ORDERED and SIGNED this 31st day of March, 2020.**

                _____
                KIMBERLY C. PRIEST JOHNSON
                UNITED STATES MAGISTRATE JUDGE